Jenne S. Forbes, SB#010616
Amanda V. Damianakos, SB#023035

LAW OFFICES
WATERFALL, ECONOMIDIS,
CALDWELL
HANSHAW & VILLAMANA, P.C.
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
(520) 745-7808
(520) 745-1279
sforbes@wechv.com
adamianakos@wechv.com
Attorneys for Plaintiff Aguilar

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA, DEPARTMENT OF LAW, CIVIL RIGHTS DIVISION, and ANGELA AGUILAR, AW<br><br>Plaintiffs,<br><br>vs.<br><br>ASARCO, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: CV 08-441 TUC-MWB<br><br>**MOTION TO SEAL EXHIBIT 1 TO PLAINTIFF AGUILAR'S MOTION LIMINE TO EXCLUDE DEFENDANT'S EXPERT WITNESS, STEVEN E. PITT, D.O.** |

Plaintiff Angela Aguilar, by and through her undersigned counsel, hereby moves to seal Exhibit 1 to Plaintiff Aguilar's Motion in Limine to Exclude Defendant's Expert Witness, Steven E. Pitt, D.O. Exhibit 1 consists of a psychiatric evaluation of Plaintiff Aguilar which contains, among other things, information about her medical and psychiatric history. Plaintiff Aguilar believes good cause exists to seal this Exhibit because of the nature of the subject matter and because, if the expert is excluded, the information should not be publicly available through PACER or any other open system. A form of order is submitted with this Motion.

DATED this 18th day of February, 2011.

                WATERFALL ECONOMIDIS CALDWELL
                HANSHAW & VILLAMANA, P.C.


                By  s Jenne S. Forbes
                    Jenne S. Forbes
                    Attorneys for Plaintiff


    I hereby certify that on February 18, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Ann Hobart
        Assistant Attorney General
        Civil Rights Division
        1275 W. Washington Street
        Phoenix, AZ 85007
        Attorneys for Plaintiff State of Arizona

        David T. Barton
        Eric B. Johnson
        Quarles & Brady, LLP
        Renaissance One
        Two North Central Avenue
        Phoenix, AZ 85004-2391
        Attorneys for Defendant


                        s/ Jenne S. Forbes